Sarah E. Barrows, State Bar Number 253278
NEXTROLL, INC.
2300 Harrison Street
San Francisco, CA 94110
Phone: (877) 723-7655
Email: legal@nextroll.com

Attorneys for Defendant
ROMANTIX ONLINE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAUL PEREZ and HENRY BRADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMANTIX ONLINE, INC., INNOV8 SOLUTIONS, INC., ALPHABET INC., and NEXTROLL, INC.,<br><br>Defendants. | Case No. 5:25-cv-02465-NW<br><br>**DEFENDANT ROMANTIX ONLINE, INC.'S ANSWER TO COMPLAINT**<br><br>Judge: Noel Wise |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant ROMANTIX ONLINE, INC. ("Defendant") answers the Complaint of Plaintiffs ("Plaintiffs"). If an averment is not specifically admitted, it is hereby denied.

**ANSWER TO COMPLAINT**

1. Answering Paragraph 1, Defendant denies that NextRoll intercepts, reads, and utilizes for commercial gain consumers' private information about their sexual practices and preferences, gleaned from their activity on Romantix.com. Defendant is without sufficient knowledge, information or belief to admit or deny the remaining allegations in paragraph 1 and, on that basis, denies such allegations.

2. Answering paragraph 2, Defendant denies that Plaintiffs are entitled to any relief and/or that they have been injured in any way.