COOLEY LLP
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
ASHLEY CORKERY (301380)
(acorkery@cooley.com)
KELTON N. MURPHY (340366)
(kbasirico@cooley.com)
JINYOUNG LEE (359885)
(jinyoung.lee@cooley.com)
JULIA IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
Google LLC

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENRY BRADLEY, on behalf of himself, all others similarly situated, and the general public,

Plaintiff,

v.

ROMANTIX ONLINE, INC., INNOV8 SOLUTIONS, INC., GOOGLE LLC, and NEXTROLL, INC.,

Defendants.

Case No. 5:25-cv-02465-NW

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Henry Bradley ("Plaintiff") and Defendants Romantix Online, Inc. ("Romantix"), Innov8 Solutions, Inc. ("Innov8"), Google LLC ("Google"), and NextRoll, Inc. ("NextRoll") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on November 17, 2025, Plaintiff filed a First Amended Complaint ("FAC," ECF No. 75);

WHEREAS, on December 19, 2025, Google filed a Motion to Stay Discovery Pending Resolution of its Motion to Dismiss the FAC, for which Innov8 filed a Notice of Joinder (ECF Nos. 82, 84);

WHEREAS, on January 9, 2026, Google and Innov8 filed separate Motions to Dismiss the FAC (ECF Nos. 87, 88, respectively);

WHEREAS, on February 26, 2026, the Court granted Google's Motion to Stay Discovery and Innov8's Notice of Joinder, and stayed discovery as to Google and Innov8 until they filed an answer to an operative pleading in the case (ECF No. 97);

WHEREAS, on March 4, 2026, the Court reset the Motion to Dismiss the FAC Hearing from March 11, 2026, at 9:00 a.m. to May 6, 2026, at 9:00 a.m. (ECF No. 99);

WHEREAS, on April 8, 2026, the Court granted the parties' stipulation to reset the Case Management Conference from April 28, 2026, at 9:00 a.m. to the same date as the Motion to Dismiss the FAC Hearing on May 6, 2026, at 9:00 a.m. (ECF No. 111);

WHEREAS, later that day, on April 8, 2026, the Court *sua sponte* reset the Case Management Conference from April 28, 2026, at 9:00 a.m. to June 30, 2026, at 9:00 a.m. (ECF No. 112);

WHEREAS, on May 6, 2026, the Court heard oral argument on Google and Innov8's respective Motions to Dismiss the FAC;

WHEREAS, Google and Innov8's respective Motions to Dismiss remain pending;

WHEREAS, to promote judicial efficiency in light of the stay of discovery that is in effect as to Google and Innov8, and with good cause showing, the parties mutually agreed to seek an extension of the Case Management Conference to be reset to approximately 30 days after the

issuance of a decision on Google and Innov8's respective Motions to Dismiss the FAC, or another date convenient for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. The Case Management Conference currently set for June 30, 2026 at 9:00 a.m. is vacated, to be reset at a later time approximately 30 days after the Court's decision on Google and Innov8's respective Motions to Dismiss the FAC, or a date thereafter convenient for the Court; and

2. The deadlines related to the Case Management Conference, including the Case Management Conference Statement, be likewise continued to correspond to the new date set by the Court for the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: June 09, 2026

COOLEY LLP

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

Attorneys for Defendant
Google LLC

Dated: June 09, 2026

FITZGERALD MONROE FLYNN PC

By: */s/ Melanie R. Monroe*
Melanie R. Monroe

JACK FITZGERALD (257370)
(jfitzgerald@fmfpc.com)
MELANIE R. MONROE (275423)
(mmonroe@fmfpc.com)
TREVOR FLYNN (253362)
(tflynn@fmfpc.com)
KADEN BYRON (333158)
(kbyron@fmfpc.com)
ALLISON FERRARO (351455)
(aferraro@fmfpc.com)
DANIEL E. SACHS (361027)
(dsachs@fmfpc.com)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Telephone: (619) 215-1741

Attorneys for Plaintiff
Henry Bradley

Dated: June 09, 2026

MULLEN COUGHLIN LLP

By: */s/ Edgar F. Navarrete*
Edgar F. Navarrete

JAMES F. MONAGLE (236638)
(jmonagle@mullen.law)
MICHAEL W. JERVIS (admitted *Pro Hac Vice*)
(mjervis@mullen.law)
EDGAR F. NAVARRETE (322622)
(enavarrete@mullen.law)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (267) 930-4470
Facsimile: (267) 930-4471

Attorneys for Defendant
Innov8 Solutions, Inc.

Dated: June 09, 2026

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: */s/ Jeremy Gray*
Jeremy Gray

JEREMY GRAY (150075)
(jgray@earlysullivan.com)
SCOTT E. GIZER (221962)
(sgizer@earlysullivan.com)
6420 Wilshire Blvd., 17th Floor
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
Romantix Online, Inc.

Dated: June 09, 2026

By: */s/Sarah Barrows*
Sarah Barrows

SARAH BARROWS (253278)
(legal@nextroll.com)
2300 Harrison Street, Floor 2
San Francisco, CA 94110
Telephone: (877) 723-7655

Attorney for Defendant
NextRoll, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 09, 2026

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

# ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation and good cause having been shown**, IT IS SO ORDERED**. The initial case management conference currently set for June 30, 2026 is hereby vacated. That conference will be reset by the Court after it rules on Google and Innov8's respective Motions to Dismiss the FAC for a date approximately 30 days after the decision or at another date convenient to the Court. Further, the deadline to file a Joint Case Management Conference Statement is continued to correspond to the new date set by the Court for the Case Management Conference.

Dated: June 10, 2026

HON. NOËL WISE
United States District Judge