**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HENRY BRADLEY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>ROMANTIX ONLINE, INC., INNOV8 SOLUTIONS, INC., GOOGLE LLC, and NEXTROLL, INC.,<br><br>Defendants. | Case No. 5:25-cv-02465-NW<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>Judge: Hon. Noël Wise |

For the reasons stated in the Court's June 23, 2026 Order (Dkt. No. 132), and Plaintiff Henry Bradley having elected not to amend his complaint during the time provided, pursuant to Federal Rule of Civil Procedure 58(d), judgment is hereby entered in favor of Defendants Romantix Online, Inc., Innov8 Solutions, Inc., Google LLC, and Nextroll Inc. and against Plaintiff. The Clerk is respectfully instructed to close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2026

Hon. Noël Wise
United States District Judge